# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| CARLOS A. MONTERO-AYALA, | ) |
| # 20246-069, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
|     v. | ) CIVIL ACTION NO.: 2:05-cv-897-F |
| | ) |
| BUREAU OF PRISONS, et al., | ) |
| | ) |
|     Respondents. | ) |

## MOTION FOR EXTENSION OF TIME

Comes now the Respondent, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rules 6(b) and 12 of the Federal Rules of Civil Procedure and moves the Court for a 20-day extension of time within which to file an answer or other response in the above-styled case. In support of this motion, respondent shows unto the Court the following:

    1.    Respondent received petitioner's Writ of Habeas Corpus petition on or about September 28, 2005. The current deadline for filing an answer or other response is October 17, 2005.

    2.    Respondent requires the assistance of Terry Collins, Senior Counsel for the Federal Bureau of Prisons, in preparing said answer or other response.

    3.    Terry Collins will be out of the office October 3-13 and unable to assist in the compilation of an answer or other response.

Therefore, Respondent respectfully requests a 20-day extension of time, to and

including November 7, 2005 in which to prepare and file an answer or other response.

Dated this 3rd day of October, 2005.

>LEURA G. CANARY
>United States Attorney
>
>By: s/R. Randolph Neeley
>R. RANDOLPH NEELEY
>Assistant United States Attorney
>Bar Number: 9083-E56R
>Attorney for Defendant
>Post Office Box 197
>Montgomery, AL  36101-0197
>Telephone No.: (334) 223-7280
>Facsimile No.: (334) 223-7418
>E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

>Carlos A. Montero-Ayala
>#20246-069
>Federal Prison Camp Montgomery
>Maxwell Air Force Base
>Montgomery, AL 36112

>s/R. Randolph Neeley
>Assistant United States Attorney