IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

CARLOS A. MONTERO-AYALA, #20246-069 *

    Petitioner,                                 *

    v.                                          * CIVIL ACTION NO.2:05-CV-897-F

BUREAU OF PRISONS, *et al.*,             *

    Respondents.                          *

_____

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 4) is GRANTED; and

2. Respondents are GRANTED an extension from October 17, 2005 to November 7, 2005 to file their answer.

Done this 3rd day of October 2005.

                                            **/s/ Delores R. Boyd**
                                            DELORES R. BOYD
                                            UNITED STATES MAGISTRATE JUDGE