**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| CARLOS A. MONTERO-AYALA, | ) |
| #20246-069 | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
|     v. | ) Civil Action No.:  2:05-CV-897-F |
| | ) |
| SCOTT MIDDLEBROOKS, | ) |
| | ) |
|    Respondent. | ) |

<u>**DEFENDANT'S EXHIBITS TO RESPONSE**</u>

**Attachment 1** -    Public Information Inmate form;

**Attachment 2** -    Judgment and Commitment order for Case no. 00-CR-334-01;

**Attachment 3** -    court docket PACER;

**Attachment 4** -    Request For Unit Team Determination Instant Offense, dated August 4, 2004; Residential Drug Abuse Program Notice To Inmate; Sentry Inmate History Drug Programs;

**Attachment 5** -    PS 5162.04, dated October 9, 1997;

**Attachment 6** -    Federal Register, Vol. 65, No. 247, December 22, 2000, Rules and Regulations;

**Declaration** -    Declaration of Terry A. Collins dated November 4, 2005.