Attachment 1

```
  SERBG              *        PUBLIC INFORMATION          *    11-03-2005
 PAGE 002            *           INMATE DATA              *    10:54:18
                              AS OF 11-03-2005

REGNO..: 20246-069 NAME: MONTERO-AYALA, CARLOS A

                  RESP OF: MON / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 334-293-2100    FAX: 334-293-2326
PRE-RELEASE PREPARATION DATE: 01-28-2007

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  07-28-2007 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: PUERTO RICO
DOCKET NUMBER....................: 01-CR-334-01(JAF)
JUDGE............................: FUSTE
DATE SENTENCED/PROBATION IMPOSED: 06-19-2001
DATE COMMITTED...................: 12-10-2001
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

               FELONY ASSESS   MISDMNR ASSESS    FINES          COSTS
NON-COMMITTED.:   $100.00        $00.00          $00.00         $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 -----------------------------
OFFENSE CODE....:  391
OFF/CHG: 21 USC 846 CPWID COCAINE.

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     97 MONTHS
 TERM OF SUPERVISION.............:      4 YEARS
 DATE OF OFFENSE.................: 06-30-2000




G0002        MORE PAGES TO FOLLOW . . .
```

```
  SERBG            *         PUBLIC INFORMATION         *    11-03-2005
PAGE 003 OF 003    *            INMATE DATA             *    10:54:18
                              AS OF 11-03-2005

REGNO..: 20246-069 NAME: MONTERO-AYALA, CARLOS A

                  RESP OF: MON / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 334-293-2100    FAX: 334-293-2326
------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 12-19-2001 AT MON AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 06-19-2001
TOTAL TERM IN EFFECT............:     97 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      8 YEARS       1 MONTHS
EARLIEST DATE OF OFFENSE........: 06-30-2000

JAIL CREDIT.....................:     FROM DATE    THRU DATE
                                      07-13-2000   06-18-2001

TOTAL PRIOR CREDIT TIME.........: 341
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 380
TOTAL GCT EARNED................: 270
STATUTORY RELEASE DATE PROJECTED: 07-28-2007
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 08-11-2008


PROJECTED SATISFACTION DATE.....: 07-28-2007
PROJECTED SATISFACTION METHOD...: GCT REL




S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```