Attachment 3

CLOSED, FRC

# United States District Court
## District of Puerto Rico (San Juan)
## CRIMINAL DOCKET FOR CASE #: 3:00-cr-00334-JAF-1

Case title: USA v. Montero-Ayala, et al                    Date Filed: 06/30/2000

---

Assigned to: Chief Judge Jose A Fuste

**Defendant**

**Carlos A. Montero-Ayala** (1)              represented by **Carlos Noriega-Rodriguez**
*TERMINATED: 06/21/2001*                          Carlos R. Noriega Rodriguez
*also known as*                                   Banco Cooperativo Plaza
Chino                                             Suite 310
                                                  623 Ponce de Leon Ave.
                                                  San Juan, PR 00918
                                                  787-765-1911
                                                  Fax: 787-751-5762
                                                  Email: canori@caribe.net
                                                  *TERMINATED: 10/31/2000*
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: CJA Appointment*

                                                  **Jose Rafael Santiago-Pereles**
                                                  Santiago Pereles & Collazo, PSC
                                                  617 Tito Castro Ave.
                                                  Suite 201
                                                  Ponce, PR 00716-0206
                                                  787-259-6294
                                                  Fax: 787-259-6294
                                                  Email: santiagopereles@yahoo.com
                                                  *TERMINATED: 06/21/2001*
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: Retained*

                                                  **Miriam R. Ramos-Grateroles**
                                                  Miriam Ramos Grateroles
                                                  PO Box 191352
                                                  San Juan, PR 00919-1352
                                                  787-296-2529
                                                  Fax: 787-296-2528
                                                  Email: miriamrg@prtc.net
                                                  *TERMINATED: 03/06/2001*
                                                  *LEAD ATTORNEY*

**Sonia I. Torres-Pabon**
United States Attorney's Office
Torre Chardon
350 Carlos Chardon St.
Suite 1201
San Juan, PR 00918
787-282-1812
Fax: 787-766-5326
Email: sonia.torres@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Marshal**
U.S. Marshal Service
Federal Building
Room 100
San Juan, PR 00198-1767
766-6000
Fax: 766-6211
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation**
U.S. Probation Office
Federal Building
Room 143
San Juan, PR 00918-1767
766-5596
Fax: 766-5945
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/09/2002 | | CASE REFERRED TO FEDERAL RECORDS CENTER. ACC.021 - 02-0279 Box 11 (an) (Entered: 05/09/2002) |
| 02/07/2002 | 170 | Copy of Receipt # 124/225 as to Carlos A. Montero-Ayala in the amount of $ 100.00 re: SMA (ct) (Entered: 02/12/2002) |
| 06/21/2001 | 163 | JUDGMENT Carlos A. Montero-Ayala (1) count(s) 1. Impr for 97 months. SRT of 4 yrs. SMA of $100.00. ( Signed by Judge Jose A. Fuste ) terminated party Carlos A. Montero-Ayala (ct) (Entered: 06/22/2001) |
| 06/21/2001 | | CASE REFERRED TO COURTROOM DEPUTY. (ct) (Entered: 06/21/2001) |
| | | |

| 06/20/2001 | 162 | Order as to Carlos A. Montero-Ayala returning PSI to USPO with acknowlegment of receipt from USPO. (Clerk) (ct) (Entered: 06/22/2001) |
|---|---|---|
| 06/19/2001 | 160 | Minute entry as to Carlos A. Montero-Ayala : Sentence held and imposed. Court Reporter: Donna Dratwa ( Judge Jose A. Fuste ) (ct) (Entered: 06/21/2001) |
| 06/19/2001 | | Sentencing held before Judge Jose A. Fuste Carlos A. Montero-Ayala (1) count(s) 1 (ct) (Entered: 06/21/2001) |
| 06/12/2001 | 159 | Minute entry as to Carlos A. Montero-Ayala : Case called for sentence. Dft is not present in Ct. Reset Sentencing for 1:30 6/19/01 for Carlos A. Montero-Ayala Court Reporter: Stacey Zimpel ( Judge Jose A. Fuste ) (ct) (Entered: 06/13/2001) |
| 06/11/2001 | | **Setting Judge flag for cal on 6-12 . (mn) (Entered: 06/11/2001) |
| 05/18/2001 | 154 | Minute entry as to Carlos A. Montero-Ayala : reset Sentencing for 1:30 6/12/01 for Carlos A. Montero-Ayala Court Reporter: Z. Ruiz ( Judge Jose A. Fuste ) (np) (Entered: 05/21/2001) |
| 05/16/2001 | 150 | ARREST WARRANT Returned Executed as to Carlos A. Montero-Ayala, Juan C. Escandon-Maldonado on 7/13/00 (ct) (Entered: 05/17/2001) |
| 05/11/2001 | 148 | PRESENTENCE INVESTIGATION REPORT with transmittal memo (Sealed) as to Carlos A. Montero-Ayala (ct) (Entered: 05/14/2001) |
| 04/11/2001 | 142 | ORDER as to Carlos A. Montero-Ayala: Resetting Sentencing for 1:30 5/18/01 for Carlos A. Montero-Ayala ( Signed by Judge Jose A. Fuste ) (ct) (Entered: 04/11/2001) |
| 03/22/2001 | 140 | CJA 20 Authorization to pay Miriam R. Ramos-Grateroles for defendant Carlos A. Montero-Ayala , Amount: $ 242.50 Voucher # 010316000189 ( Signed by Judge Jose A. Fuste ) (ni) (Entered: 03/27/2001) |
| 03/14/2001 | | CASE REFERRED TO COURTROOM DEPUTY. (il) (Entered: 03/14/2001) |
| 03/06/2001 | 121 | ORDER as to Carlos A. Montero-Ayala granting [87-1] motion for Miriam Ramos Grateroles to Withdraw as Attorney (Terminated attorney Miriam R. Ramos-Grateroles for Carlos A. Montero-Ayala) ( Signed by Judge Jose A. Fuste ) (ct) (Entered: 03/06/2001) |
| 03/06/2001 | 120 | ORDER as to Carlos A. Montero-Ayala denying [111-1] motion for bail pending sentence as to Carlos A. Montero-Ayala (1) ( Signed by Judge Jose A. Fuste ) (ct) (Entered: 03/06/2001) |
| 03/06/2001 | 119 | ORDER as to Carlos A. Montero-Ayala granting [112-1] motion requesting dft's designation to Federal Prison Camp w/in the Southeast Regions as to Carlos A. Montero-Ayala (1) ( Signed by Judge Jose A. Fuste ) (ct) (Entered: 03/06/2001) |
| 03/06/2001 | 118 | ORDER as to Carlos A. Montero-Ayala granting [113-1] motion to request COP transcript and dft's PSI as to Carlos A. Montero-Ayala (1) |