Attachment 4

7-28-04

REQUEST FOR UNIT TEAM DETERMINATION (INSTANT OFFENSE)

JAN 04
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| Date: July 30, 2004 | |
| Reply To: Dr. David A. Thompson, RDAP Coordinator | *[signature]* |
| To: Michael Stephens, Unit Manager | |
| Subject: Montero-Ayalya, Carlos | |
| Reg. No.: 20246-069 | |

Section I - Instant Offense Determination (Mark an "X" in either response 1 or 2)

1. **X**   The inmate's instant offense is a crime that excludes him or her from earlyrelease under 18 U.S.C. § 3621 (e). (If response 1 requires an "X", then also place an "X" in either item A or B.)

   A. ___   Crime of Violence as contained in the Categorization of Offenses Program Statement.

   B. **X**   Crime listed under the Director's Discretion as contained in the Categorization of Offenses Program Statement.

2. ___   The inmate's instant offense is not a crime that excludes him or her from early release under 18 U.S. C. § 3621.

Section II - Provisional § 3621 (E) Eligibility - To be completed only if the inmate has completed or qualifies for the Residential Drug Abuse Treatment Program.

   **X** Not an INS Detainee.

   **X** Not a Pre-Trial Inmate.

   **X** Not a Contractual Boarder.

   **X** Not an "old Law" Inmate.

   ___ Not have a current crime that is an excluding offense in BOP Categorization of Offenses Policy.

   ___ Inmate is acceptable for CCC Placement.

3. List pending charges/detainers with explanations. _____

4. Other pertinent information (e.g. inmate serving both new and old law sentences). _2 point gun enhancement_ _____

Unit Manager (or designee) *[signature]*

Date of Review  8/6/04

Original: Drug abuse treatment file; Copy: Unit Team (place in section 4 of inmate central file)

P-S761.055 RESIDENTIAL DRUG ABUSE PROGRAM NOTICE TO INMATE   CDFRM
JAN 04
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| To<br>Montero-Ayala, Carlos | | Reg No. 20246-069 |
|---|---|---|
| From<br>Dr. David A. Thompson | [signature] | Institution FPC Montgomery |
| Title<br>RDAP Coordinator | | Date October 12, 2004 |

**SECTION 1 - RESIDENTIAL DRUG ABUSE PROGRAM QUALIFICATION**

You have requested participation in the Bureau's Residential Drug Abuse Treatment Program. My review of your case indicates that you ( x DO ___ DO NOT) meet the admission's criteria for the Residential Drug Abuse Program. It appears that you ( x DO ___ DO NOT) qualify to participate in the Residential Program. State the reason(s) below.

Comments

**SECTION 2 - PROVISIONAL § 3621 (E) ELIGIBILITY** (To be completed only if the inmate has completed or qualifies for the Residential Drug Abuse Treatment Program.)

For Residential Drug Abuse Treatment Program graduates to be eligible for early release, they must (DAPC must "x")

| _x_ Not an INS detainee. | _x_ Not a pre-trial inmate. |
|---|---|
| _x_ Not a contractual boarder. | _x_ Not an "old law" inmate. |
| ___ Not have a current crime that is an excluding offense in BOP categorization of offenses policy (Mark an "x" in the appropriate block on the right). | ___ Not a crime of violence as contained in BOP Categorization of Offenses policy.<br><br>___ Not an excluding crime by the Director's discretion in Categorization of Offenses policy. |
| _x_ Not have any prior felony or misdemeanor adult conviction for homicide, forcible rape, robbery, aggravated assault, or sexual abuse of children. ||

My current assessment, in consultation with your unit team, is that it ( ___ DOES  x DOES NOT) appear that you are provisionally eligible for early release. If not, list ALL the reason(s).

Comments
+2 enhancement for firearm

If applicable, I understand that a determination of early release for me is provisional, may change, and depends on continued positive behavior and successful participation in all components of the program, including community transitional services.

| Inmate's Signature (indicate if refused to sign)<br>Carlos A. Montero | Refused to sign<br>___ Yes   X  No |
|---|---|

cc: Drug Abuse Treatment File; Unit Team (place in section 4 of inmate central file; Inmate

(This form may be replicated via WP)                     (This form replaces BP-S761 dtd DEC 03)

```
 SERBG  531.01 *                INMATE HISTORY              *     11-04-2005
 PAGE 001 OF 001 *                DRUG PGMS                 *     14:19:52

    REG NO..: 20246-069  NAME....: MONTERO-AYALA, CARLOS A
    CATEGORY: DRG         FUNCTION: PRT        FORMAT:

 FCL    ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
 MON    DAP PART   RESIDENT DRUG TRMT PARTICIPANT 10-03-2005 0001 CURRENT
 MON    DRG E COMP DRUG EDUCATION COMPLETED       04-18-2002 1602 CURRENT
 MON    DRG I RQ J DRG INTRV REQD: JUD RECOMMEND  12-14-2001 1210 CURRENT
 MON    INELIGIBLE 18 USC 3621 RELEASE INELIGIBLE 10-14-2004 0900 CURRENT
 MON    DAP WAIT S RES DRUG TRMT WAIT/SPANISH     10-14-2004 0900 10-03-2005 0001
 MON    ED PART R  DRUG EDUCATION PARTICIPNT-REQD 01-31-2002 1300 04-18-2002 1602
 MON    ED WAIT R  DRUG EDUCATION WAIT-REQUIRED   12-14-2001 1413 01-31-2002 1300
 MON    ED INCOM V DRUG EDUCATION INCOMPLETE-VOL  10-02-2001 1205 12-14-2001 1413
 GUA    ED PART V  DRUG EDUCATION PARTICIPANT-VOL 09-25-2001 1310 10-02-2001 1205




 G0000        TRANSACTION SUCCESSFULLY COMPLETED
```