**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 7, 2005

# NOTICE OF CORRECTION

**To:** Counsel of Record

**From:** Clerk's Office

**Case Style** Carlos Montero-Ayala vs. Bureau of Prisons, et al.
Civil Action No. 2:05cv897

**Referenced Pleading:** Response to Petition for Writ of Habeas Corpus
Doc. #8

**This Notice of Correction filed in the above referenced case to attach correct pdf.**