IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

CARLOS A. MONTERO-AYALA,

    Petitioner,

v.

                        CASE No. 2:05-CV-897-F

BUREAU OF PRISONS;

SCOTT A. MIDDLEBROOKS, Warden,

    Respondents.

_____/

## PETITIONER'S MOTION TO EXPEDITE RULING PRIOR TO THE FILING OF A WRIT OF MANDAMUS BEFORE THE ELEVENTH CIRCUIT COURT OF APPEALS

COMES NOW, the Petitioner, Carlos A. Montero-Ayala (hereinafter "Petitioner"), pro se, and respectfully files this motion before this Honorable Court.

1. On September 20, 2005, Petitioner filed a Writ of Habeas Corpus before this Court.

2. On November 7, 2005, the Respondents filed their "Response" to Petitioner's writ of habeas corpus.

3. On November 14, 2005, Petitioner filed his "Reply" to Respondent's Response to Petitioner's Writ of Habeas Corpus.

4. Over seven (7) months have passed and this Court is yet to rule on the merits of Petitioner's habeas corpus.

5. This Court's delay in issuing its ruling in the instant matter is causing for the writ of habeas corpus to become a futile remedy for correcting constitutional violations being inflicted Petitioner by the respondents.

6.  In the event petitioner prevails in his habeas corpus then, Petitioner must be granted immediate release from his unconstitutional incarceration.

6.  Petitioner respectfully points out to this Court the fact that, there are no other remedies to expedite the process in the case at bar except for this motion or, in the alternative the filing of a writ of mandamus before the Eleventh Circuit Court of Appeals.  Petitioner respectfully submits that this motion should be granted and in such fashion prevent all parties from having to conduct any further litigation while defending to a writ of mandamus.  The granting of this motion would also be consistent with the principles of judicial economy.

7.  this motion should also be construe as an exhaustion of remedies before this Court for purposes of the filing of a petition for the issuance of the Writ of Mandamus. **CONCLUSION**

For the foregoing reasons this petition should be granted.

This 20 day of July 2006      Respectfully submitted,


*Carlos A. Montero*

Carlos A. Montero-Ayala, pro se.

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing legal instrument was served on this 10th day of July, 2006, to: Attorney for the Respondent, Randolph Neeley, AUSA, United states Attorney's Office, Post Office Box 197, Montgomery, AL 36101-0197. the service was conducted via first class mail. this Certificate of Service is submitted under penalty of perjury pursuant to 28 U.S.C. §1746.


Carlos A. Montero-Ayala

-3-