IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS A. MONTERO-AYALA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-897-MEF |
| | ) |
| FEDERAL BUREAU OF PRISONS and | ) |
| SCOTT MIDDLEBROOKS, | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

Upon consideration of the motion to expedite ruling filed by the petitioner on July 24, 2006 (Court Doc. No. 12), and for good cause, it is

ORDERED that this motion be and is hereby DENIED. This habeas petition has been pending only since September 20, 2005 and the requisite pleadings filed only as of November 29, 2005. The court's caseload of habeas actions pending under 28 U.S.C. § 2254 and 28 U.S.C. § 2241 makes it extremely difficult to expedite resolution of this particular cause of action. The court assures the parties that a determination of the issues presented in this case will be undertaken in due course.

Done this 25th day of July, 2006.

**/s/ Delores R. Boyd**
UNITED STATES MAGISTRATE JUDGE