IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| CARLOS A. MONTERO-AYALA, | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:05-cv-0897-MEF |
| BUREAU OF PRISONS, *et al.*, | ) |
| Respondents. | ) |

## **O R D E R**

On August 7, 2007, the Magistrate Judge filed a Recommendation (Doc. #16) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. That the instant 28 U.S.C. § 2241 petition for habeas corpus relief is DISMISSED as moot since a more favorable decision on the merits would not entitled Montero-Ayala to any additional relief.

DONE this the 28th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE